IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DAVIS, | ) |
| Petitioner | ) |
| | ) |
| vs. | ) Civil Action No. 09-1452 |
| | ) Chief U.S. District Judge Gary L. Lancaster/ |
| | ) Chief U.S. Magistrate Judge Amy Reynolds Hay |
| THE COUNTY OF ALLEGHENY and its agencies; OFFICE OF DISTRICT ATTORNEY; OFFICE OF PUBLIC DEFENDER, | ) |
| Respondents | ) |

## ORDER

AND NOW, this 10th day of December, 2009, after the Petitioner, Thomas Davis, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until November 30, 2009, to file written objections thereto, and upon consideration of the objections filed by Petitioner, which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the habeas petition, ostensibly filed pursuant to 28 U.S.C. § 2241, is DISMISSED.

IT IS FURTHER ORDERED that, to the extent one is needed, a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                              GARY L. LANCASTER
                                              Chief United States District Judge

cc:     Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Thomas Davis
       BZ-9982
       SCI Mercer
       801 Butler Pike
       Mercer, PA 16137

       All Counsel of Record by electronic filing