FILED
2010 APR 13 AM 10:38
CLERK
U S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS DAVIS,
         PETITIONER,

V.                               : CIVIL ACTION NO.09-1452

THE COUNTY OF ALLEGHENY
AND ITS AGENCIES, OFFICE
OF DISTRICT ATTORNEY,
OFFICE OF PUBLIC DEFENDER,
         RESPONDENTS.

## MOTION FOR RELIEF

AND NOW, comes the Petitioner Thomas Davis, pursuant to the provisions under Rule 60 (b)(2)(3) as follows:

1. This federal court has been mislead through fraudulent concealment which had an effect on the outcome of these proceedings and the proceedings at district court docket no.09-415 incorporated herein by opinion setforth in <u>Heck V. Humphrey</u> 114 S.CT. 2364, 2380, (1994):

2. Petitioner has been in an illegal pre-trial post-acquittal detention over the past nineteen and one half (19½) years due to the fraudulent concealment of the failure to disclose the disposition of the criminal case:

3. On February 26th, 1989, the petitioner was arrested and charged as a serial robber at information numbers 8904098/8904099/8904606/9100184/ in the Court of Common Pleas of Allegheny County:

AND NOW, THIS 16th DAY OF april, 2010
~~_____~~, IT IS HEREBY
ORDERED THAT THE WITHIN
MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE